# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LI-JAY CHU, Individually and on Behalf of All Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,  )<br>)<br>Defendants.  )<br>_____) | **APPEARANCE**<br>Civ. A. No. 1:06-cv-00973-ESH |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **CHRISTOPHER J. HERRLING** as counsel in this case for: XM Satellite Radio Holdings, Inc. and Hugh Panero.

June 5, 2006_____        /s/ Christopher J. Herrling_____
Date                                                                Signature

D.C. Bar No. 354837_____        Christopher J. Herrling_____
BAR IDENTIFICATION                        Print Name

WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000

-1-

US1DOCS 5689906v1

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006 to:

> Daniel S. Sommers, Esq.
> COHEN MILSTEIN HAUSFELD & TOLL, PLLC
> 1100 New York Avenue NW
> West Tower, Suite 500
> Washington, DC 20005
> Tel: (202) 408-4600
> dsommers@cmht.com
>
> **Counsel for Plaintiff Li-Jay Chu**

> /s/ Lisa Gasparott_____
> Lisa Gasparott
> WILMER CUTLER PICKERING
>  HALE AND DORR LLP
> 1875 Pennsylvania Avenue NW
> Washington, DC 20037
> Tel: (202) 663-6000
> Fax: (202) 663-6363